THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD JAMES, True Name, BERNARD JOSEPH JAMES, Appellant.—

Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.